IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**WESTERN DISTRICT OF TN**
**FILED IN OPEN COURT:**
DATE: 7-25-11
TIME: 4:46 p.m.
INITIALS: a

ANTHONY EARL BRUNT,

    Plaintiff,

v.                                                          No. 09-1231-JDB

CITY OF LEXINGTON, TENNESSEE and
CITY OF LEXINGTON, TENNESSEE,
WATER SYSTEM,

    Defendants.

---

### VERDICT FORM

---

**Question No. 1** Has it been proved by the preponderance of the evidence that plaintiff's age was the determinative factor in defendants' decision to demote and/or reduce the wages of plaintiff Anthony Earl Brunt?

    __X__ Yes  _____ No

(Mark an "X" in the appropriate space)

**Question No. 2:** Has it been proved by the preponderance of the evidence that the plaintiff's filing of an age discrimination claim with the EEOC was the determinative factor in defendants' decision to terminate the plaintiff's employment?

    __X__ Yes  _____ No

(Mark an "X" in the appropriate space)

Note: Continue on to Questions No. 3 and 4 only if you answered "yes" to Questions No. 1 or 2. If you answered "no" to Questions No. 1 and 2, have your foreperson sign and date this form.

1

112

**Question No. 3:** What is the amount of plaintiff's damages?

$ <u>104,923</u>   Back Pay

$ <u>346,938</u>   Front Pay

OR

$ _____   Nominal Damages

**Question No. 4:** Has it been proved by the preponderance of the evidence that defendants' conduct was "willful"?

<u>  X  </u> Yes  _____ No

(Mark an "X" in the appropriate space)

<u>7/25/11</u>
DATE

<u>Robert David Loflaw</u> (signature)
FOREPERSON